**Mary L. SHUCART, Petitioner–Respondent,**

v.

**Thomas M. SHUCART, Respondent–Appellant.**

**No. ED 79056.**

Missouri Court of Appeals, Eastern District, Division Four.

April 23, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Application for Transfer Denied Aug. 27, 2002.

William James O'Herin, Florissant, MO, for appellant.

John E. Hilton, Joyce M. Capshaw, St. Louis, MO, for respondent.

---

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

The husband, Thomas Shucart, appeals from the trial court's judgment dividing the marital property between the husband and wife, Mary Shucart. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).